*Mr. Frederick P. Fish, Mr. W. K. Richardson* and *Mr. William W. Dodge* for respondent.

---

No. 843. JOHN L. CREVELING, PETITIONER, *v.* J. T. NEWTON, COMMISSIONER OF PATENTS. March 4, 1918. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Delos G. Haynes, Mr. Robert S. Blair* and *Mr. Paul A. Blair* for petitioner. No brief filed for respondent.

---

No. 846. ERIE RAILROAD COMPANY, PETITIONER, *v.* EDWIN J. HILT, JR., AN INFANT, BY HIS NEXT FRIEND, ET AL. March 11, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit granted. *Mr. George S. Hobart, Mr. F. D. McKenney* and *Mr. Gilbert Collins* for petitioner. *Mr. James J. Murphy* and *Mr. Raymond Dawson* for respondents.

---

No. 851. EDWARD B. PRYOR ET AL, AS RECEIVERS, ETC., PETITIONERS, *v.* ALLEGA WILLIAMS. March 11, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Missouri granted. *Mr. James L. Minnis* for petitioners. No appearance for respondent.

---

No. 885. FRANK A. BONE, PETITIONER, *v.* COMMISSIONER OF MARION COUNTY. March 11, 1918. Petition for a writ of certiorari to the United States Circuit Court